

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-74,642-09

**IN RE MIKE MENDOZA, JR., Relator**

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 952290-E IN THE 262ND DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in the 262nd District Court of Harris County, the District Court entered a timely order designating issues on May 22, 2019, more than 180 days have passed since the date the State received the application, and the application has not been properly forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an

application for a writ of habeas corpus in Harris County.  This motion for leave to file will be held.

Respondent shall comply with this order within thirty days from the date of this order.

Filed: April 15, 2020
Do not publish